WISDOM LAW GROUP
James, Dal Bon
1625 The Alameda, Suite 207,
San Jose, CA 95126
(408) 915-3700

jdb@wagedefenders.net

Attorneys for Plaintiff

UNITEDS STATES DISTRICT COURT
NORTHERN CALIFORNIA

Terrence Buchanan, an individual, on behalf of himself, and on behalf of all persons similarly situated,

Plaintiff,

vs.

*Vuori, Inc*

Defendant

Case No. 5:23-cv-01121

RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff's counsel, James Dal Bon, respectfully submits this response to the Court's September 3, 2025 Order to Show Cause (Dkt. 75):

I. Introduction

The Court has directed undersigned counsel to explain his nonappearance at the September 3, 2025 Case Management Conference. Counsel acknowledges the Court's concerns and respectfully submits this response to provide context, accept responsibility, and assure the Court that corrective measures have been implemented to prevent any recurrence.

II. Counsel's Responsibility for Nonappearance

Counsel fully accepts responsibility for the failure to appear. The lapse arose not from disregard for the Court, but from administrative disorganization within a solo practice environment. Counsel has recently undergone staffing transitions, which led to errors in calendaring and case tracking. While assistants were placed on the Court's notice list, reliance on incomplete systems resulted in a missed appearance.

III. Corrective Measures Undertaken

To ensure compliance with all future deadlines and hearings, counsel has:

1. Rehired and Expanded Staff: Reemployed Jeff Klopotic and newly employed Rosie Xin as law clerks to manage docketing and calendaring responsibilities.
2. Implemented New Case Management Systems: Instituted AI-assisted calendaring and tracking tools, with redundancies to avoid human error.

3. Direct Accountability: Counsel has directed that all future notices be routed to both staff and himself personally to prevent oversight.
4. Commitment to Court Compliance: Counsel will appear in person at the September 24, 2025 Case Management Conference, as ordered.

IV. Substantial Progress Toward Settlement

Counsel emphasizes that meaningful progress has been made in advancing the litigation toward resolution:

- New Settlement Agreement: On August 12, 2025, the parties executed a revised settlement addressing the Court's earlier concerns.
- Preliminary Approval Motion: The motion is substantially complete and directly responsive to the Court's prior order. The calculations underlying the settlement have been verified by an independent expert.
- Rule Compliance: Counsel is compiling hours and other supporting data consistent with Local Rules.
- Class Data Estimates: While precise predictive modeling was not feasible, counsel is working from administrator-return data to provide realistic participation projections.

This progress demonstrates Plaintiff's commitment to resolving the matter efficiently and fairly for all class members.

V. Relief Requested

In light of the foregoing, Plaintiff's counsel respectfully requests that the Court:

1. Discharge the Order to Show Cause;

3

ACTIVE 703042037v1

2. Permit Plaintiff to proceed with submission of the preliminary approval motion for the revised August 12, 2025 settlement; and

3. Allow this case to advance on the merits in the interests of the class.

VI. Conclusion

Counsel sincerely apologizes to the Court and opposing counsel for the nonappearance. Corrective measures are now in place to prevent recurrence. Counsel respectfully asks that the Court discharge the OSC and permit this case to proceed toward settlement approval for the benefit of the class.

Respectfully submitted,

Dated: September 17, 2025

/s/ James Dal Bon

James Dal Bon

Wisdom Law Group APC

Attorney for Plaintiff Terrence Buchanan

_____

James Dal Bon

Attorney for the Plaintiffs

4

ACTIVE 703042037v1