# Exhibit C Class Notice

<u>**NOTICE OF CLASS AND COLLECTIVE ACTION SETTLEMENT**</u>

**PLEASE READ THIS NOTICE CAREFULLY. IT CONTAINS IMPORTANT INFORMATION ABOUT YOUR RIGHTS CONCERNING A CLASS AND COLLECTIVE ACTION SETTLEMENT. IF THE SETTLEMENT IS APPROVED BY THE COURT AND YOU OPT INTO THE SETTLEMENT, YOU WILL BE BOUND BY ITS TERMS.**

This Notice is being sent to you because, based on the records of Vuori, Inc. ("Vuori"), you were employed by Vuori in an hourly, non-exempt retail position between March 14, 2020 and December 8, 2023. As a result, you may be eligible to participate in the proposed settlement (the "Settlement") of the case captioned *Terrence Buchanan v. Vuori, Inc.*, No. 5:23-cv-01121-NC, pending before the United States District Court for the Northern District of California (the "Action").

Plaintiff Terrence Buchanan ("Plaintiff"), on behalf of himself and all others similarly situated, commenced the Action in the United States District Court for the Northern District of California. Plaintiff alleges that Vuori violated the federal Fair Labor Standards Act, the California Labor Code, and the California Business & Professions Code by failing to pay overtime to its hourly, non-exempt retail employees at the regular rate of pay. Vuori denies it violated these laws. Nevertheless, Vuori has decided to resolve the Action to avoid the burden and expense of further litigation and the ongoing disruption it brings to business operations. Plaintiff and Vuori have entered into a Settlement, which is described in detail below.

The Court has taken no position in this case regarding the merits of Plaintiff's claims or Vuori's defenses. The Court has provisionally certified the Action as a class and collective action for settlement purposes only. This Notice should not be understood as an expression of the Court's opinion as to the merits of any claims or defenses asserted by the parties in the Action. The purpose of this Notice is simply to inform you of your rights under the Settlement Agreement resolving the Action.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT ||
|---|---|
| **YOU CAN PARTICIPATE BY SUBMITTING A CLAIM FORM** | As described more fully below, you can participate in the Settlement by sending a properly completed copy of the enclosed Claim Form to the Claims Administrator, post-marked no later than [INSERT DATE]. |
| **YOU CAN DO NOTHING** | If you do nothing, you will not be eligible to receive your proportionate share of the Settlement and you will not be bound by the Settlement terms. |
| **YOU CAN OBJECT TO THE SETTLEMENT** | As described more fully in the Settlement Agreement, if you have an objection to the Settlement or to any of its terms you can file an objection which will be reviewed by the Court. You cannot file an objection if you do not opt into the Settlement. |

**1. WHAT IS A CLASS/COLLECTIVE ACTION AND WHY ARE YOU RECEIVING THIS NOTICE?**

A class or collective action is an action in which the claims and rights of many people are decided in a single proceeding. A plaintiff, also known as a "class representative," files an action asserting claims on behalf of the entire class. In this case, the "Class Members" consist of all hourly, non-exempt retail employees of Vuori outside the State of California who worked at least one pay period for Vuori between March 14, 2020 and December 8, 2023. You have received this Notice because Vuori's records show that you worked for Vuori in a position covered by this Settlement during the relevant period.

This Notice should not be understood as an expression of any opinion by the Court as to the merits of any claims or defenses asserted by the parties. The purpose of this Notice is to inform you of your rights under the Settlement resolving the Action.

| 2. | WHAT IS THIS CASE ABOUT? |
|---|---|

Plaintiff filed the Action against Vuori. The Action alleges that Vuori violated the federal Fair Labor Standards Act, the California Labor Code, and the California Business & Professions Code by failing to pay overtime to its hourly, non-exempt retail employees at the regular rate of pay. Vuori denies these allegations and denies violating these laws in any way and contends that Class Members received all monies to which they were entitled, and that Vuori complied with all applicable laws.

The Court has taken no position in this case regarding the merits of Plaintiff's claims or Vuori's defenses and did not decide in favor of Plaintiff or Vuori. As a result of extensive negotiations, the parties entered into a Settlement Agreement and Release ("Settlement Agreement").

| 3. | WHAT ARE THE TERMS OF THE SETTLEMENT? |
|---|---|

Plaintiff and Vuori have agreed to settle the Lawsuit for an amount not to exceed the total sum of One Million One Hundred Thousand Dollars ($1,100,000.00) (the "Settlement Fund"), per the terms of the "Settlement Agreement."

Subject to Court approval, the following payments and expenses will be deducted from the Settlement Fund before any distributions to Class Members:

- <u>Attorneys' Fees and Costs</u>: Class Counsel (defined below) will apply to the Court for attorneys' fees of twenty-five percent of the Settlement Fund and recovery of Costs.

- <u>Claims Administrator's Fees and Costs</u>: The Claims Administrator will receive a fee from the Settlement Fund.

- <u>Service Awards</u>: In return for services rendered to the Settlement Class, Plaintiff may apply to the Court for a service payment of up to $7,500.00.

If the Court approves these payments, after these deductions, the remaining Settlement Fund (the "Net Settlement Amount") will be distributed to Class Members who submit timely and valid Claim Forms ("Participating Class Members") pursuant to the formula set forth in the Settlement Agreement. Only Participating Class Members shall be entitled to receive their Individual Settlement Share. Participating Class Members shall be responsible for payment of all taxes in connection with their Individual Settlement Share.

| 4. | HOW MUCH WILL MY PAYMENT BE? |
|---|---|

Each Participating Class Member will receive a share of the Net Settlement Amount based on the formula described in the Settlement Agreement. The formula considers the amount of time worked and the position(s) held during the relevant period.

| 5. | WHAT IS THE LEGAL EFFECT OF THE SETTLEMENT? |
|---|---|

The Release contained in the Settlement Agreement provides that each individual Class Member who timely opts into the Settlement Agreement fully releases Vuori and the Releasees (defined in the Settlement Agreement) from all state and federal wage and hour claims, along with any penalties, liquidated damages, Costs and/or Fees associated with such claims, from the beginning of time through December 8, 2023.

| 6. | WHAT IF I HAVE AN OBJECTION TO THE SETTLEMENT? |

If you wish to object to the Settlement, you must first do so in writing. Class Members who have not opted into the Settlement may not submit objections to the Settlement. Written objections must be mailed to: [SETTLEMENT ADMINISTRATOR ADDRESS] by [DATE].

Written objections must contain your full name, address, and telephone number, must be signed by you, and must state, "I object to the Settlement in the Vuori wage and hour class and collective action." You must include in the letter the reasons why you object.

If you submit a written objection to the Settlement and wish to speak at a Fairness Hearing (defined below), you must include with your written objection the reasons for your objection. The objection should also state: "I intend to appear at a Fairness Hearing."

If you do not comply with the foregoing procedures and deadlines for submitting objections, you will not be entitled to speak at a Fairness Hearing or contest or appeal from approval of the Settlement or any award of attorneys' fees or expenses, or any appeal from any other orders or judgments of the Court entered in connection with the Settlement.

All objections will be provided to the Court. Plaintiff and Vuori may file written responses to any objections. If your objection is overruled by the Court, you will remain bound by the Settlement.

| 7. | WHEN IS THE FAIRNESS HEARING AND WHAT HAPPENS AT IT? |

A hearing (the "Fairness Hearing") before the Honorable Nathanael Cousins will be held on [HEARING DATE AND TIME]. The purpose of the Fairness Hearing is for the Court to determine whether the Settlement is fair, adequate, and reasonable and should be approved by the Court. The Court may consider any objections raised in accordance with the procedures described in section 7, above. You are not required to attend the Fairness Hearing, even if you submitted an objection. Class Counsel will represent you at the hearing. Of course, you are welcome to attend if you so desire.

| 8. | DO I HAVE A LAWYER IN THIS CASE? |

James Dal Bon of The Wisdom Law Group APC has been designated as legal counsel to represent you and the other Class Members. Mr. Dal Bon is referred to as "Class Counsel." You will not be charged separately for Class Counsel. His fees will be paid from the Gross Settlement Amount. If you want to be represented by your own lawyer, you may hire one at your own expense.

| 9. | TAX TREATMENT |

For tax purposes, 15% of the amount paid to each participating Class Member shall be treated as wages for tax purposes, for which a Form W-2 shall be issued. The remaining 85% of that amount shall be treated as non-wage income for tax purposes, for which a Form 1099 shall be issued. Class Members are responsible for the appropriate payment of any taxes on the individual settlement awards they receive. Class Counsel and Vuori's Counsel do not intend this Notice to constitute tax advice, and to the extent that this Notice is interpreted to contain or constitute advice regarding any federal, state or local tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any tax liability or penalties.

If you are presently a party to an individual bankruptcy proceeding, it may be necessary for you to advise the trustee of this Settlement and your Individual Settlement Share.

| 10. | WHAT IF I HAVE ADDITIONAL QUESTIONS? |
|---|---|

If you have additional questions about this Notice or want more information, you can contact the Claims Administrator by writing to [SETTLEMENT ADMINISTRATOR ADDRESS], or by emailing [EMAIL ADDRESS]. You can also email Class Counsel James Dal Bon at jdb@wagedefenders.net.

**PLEASE DO NOT CONTACT THE COURT WITH ANY QUESTIONS ABOUT THIS ACTION OR THE SETTLEMENT.**

<<refnum barcode>>
   <<refnum>>

| The **DEADLINE** to submit or mail this Claim Form is: **[DATE]** | *Buchanan v. Vuori, Inc.*<br>No. 5:23-cv-01121-NC<br><br>**CLAIM FORM** | For Office Use Only |
|---|---|---|

**INSTRUCTIONS:** To receive your Individual Settlement Share described in the Notice of Class Action Settlement ("Notice"), you must sign, date, and return this Claim Form to the Claims Administrator by either email, or postal mail with postmark by **[DATE]**:

*Buchanan v. Vuori, Inc.*
c/o **[SETTLEMENT ADMINISTRATOR ADDRESS]**
Email: **[EMAIL ADDRESS]**

### ADDRESS AND CONTACT INFORMATION

_____  ____  _____
First Name                               MI    Last Name

_____
Address

_____  ____ ____   ____ ____ ____ ____ ____
City                                                    State        Zip Code

According to Vuori's payroll data, the number of weeks that you were employed by Vuori during the period of March 14, 2020, and December 8, 2023 is [INSERT NUMBER OF WEEKS]

If you dispute this calculation, please note your dispute on this Claim Form and provide written documentation supporting your contention when you submit your Claim Form.

It is **your responsibility** to keep a current address on file with the Claims Administrator. Please make sure to notify Class Counsel of any change of address. Additionally, it is **your responsibility** to keep a current phone number and email address on file. Please insert such information below:

Phone number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

Email address: _____@_____

### THIS FORM MUST BE MAILED OR EMAILED BY [DATE]

I wish to participate in the Settlement and consent to join the Action as a party plaintiff. I authorize Class Counsel to file this Claim Form in Court as evidence of my consent. I understand that by returning this form, I am releasing claims against Vuori and any other Releasees as set forth in the Settlement Agreement.

I declare under penalty of perjury that the above information is correct and agree to its terms.

_____    _____
Date                                        Signature