James Dal Bon (SBN CA 157942)
THE WISDOM LAW GROUP APC
1625 The Alameda #207
San Jose, CA  95126
Telephone: 408.915.3700
jdb@wagedefenders.net

Attorney for Plaintiff

TERRENCE BUCHANAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BUCHANAN, an individual, on behalf of himself, and on behalf of Putative Plaintiffs consisting of all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VUORI, INC., a Delaware Corporation; and DOES 1 through 100,<br><br>    Defendant. | CASE NO. 5:23-CV-1121-NC<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**Re: ECF 90** |

TO THE HONORABLE COURT:

Plaintiff's counsel James Dal Bon respectfully submits this response to the Court's Order to Show Cause dated November 5, 2025 (ECF 90) regarding the inclusion of non-existent case law in the Second Motion for Preliminary Approval of Class Action Settlement (ECF 89).

**I. ACKNOWLEDGMENT OF RESPONSIBILITY**

1

Counsel acknowledges without reservation that the motion filed on October 3, 2025, contained one non-existent case citation ("Reed v. ZipRecruiter, Inc., 2021 WL 4453429"),

## II. EXPLANATION OF CIRCUMSTANCES

While I do not offer the following as an excuse, I believe the Court is entitled to understand how this failure occurred:

### A. First Use of AI Tools in Complex Motion Practice Despite Clear Warnings

This was my first attempt to incorporate artificial intelligence tools extensively in drafting a complex class action motion. As a solo practitioner representing plaintiffs against companies like Meta, Google, and Apple, I have faced significant resource disparities. In one discrimination case currently on appeal, the defendant rotated through thirteen attorneys while I handled the matter alone. To level the playing field, I began using AI tools and refreshing my programming skills.

The specific AI tools used in preparing this motion included ChatGPT-4, OpenAI, Claude and Claude Code, Clear Brief, Lexis Nexis, and Westlaw. I acknowledge that the tools came with warning labels concerning hallucinations..

Of particular concern, when I attempted to verify the non-existent "Reed v. ZipRecruiter" case after discovering the error, Lexis indicated it was a valid case—suggesting that even legal-specific AI tools can perpetuate hallucinated citations. This underscores the critical importance of manual verification regardless of the tool's purported reliability. While these tools have proven helpful in many cases, verification procedures I had in place did not work.

### B. Version Control Failure

The motion underwent at least 36 revisions. On the filing date, I spent approximately 2-3 hours using Clear Brief to verify case citations and eliminate any hallucinated cases. However, due to poor version control and time pressure, I inadvertently filed an earlier version containing the unverified citations rather than the corrected version. Clear Brief's records confirm it saved my first motion for preliminary

approval (which contained no hallucinated cases) but did not save the second motion's verified version. I do not know what happened to the brief that I had been working on to verify the cites.  When that brief disappeared, I should have asked the court for more time and explained what happened.

**C. Time Pressure and Poor Decision-Making**

I worked until approximately 1:00-2:00 a.m. on the morning the motion was due. When I noticed formatting changes suggesting version confusion, I made the error of proceeding with the filing rather than requesting an extension to properly verify the document. This was an error in judgment. I chose speed over accuracy.

**D. Failure to Submit Supporting Cases**

I intended to file the actual cases referenced in the motion as exhibits but did not do so due to time constraints. This compounded the original error by depriving the Court of the ability to easily verify the citations.

**E.  The Verification Procedures Did Not Work.**

One of the verification procedures I had in place, was to have each artificial intelligence program check on the other. For example, I might have Westlaw check work that. Claude did, then have Lexis check on Westlaw.  This was simply not enough. In the hallucinated Reed v ZipRecruiters  as stated earlier when I checked it on Lexis Lexis said it was a good case, then when I asked Westlaw whether it was valid, Westlaw did not answer. It crashed and giving no reason for crashing.

**III. PERSONAL CONTEXT AND LACK OF INTENT TO DECEIVE**

I have practiced law for 31 years, spending much of my career representing individuals living in poverty—work I found deeply meaningful despite the financial challenges. Six years ago, I shifted my practice to represent technology workers and executives in discrimination and whistleblower cases, continuing my commitment to making a difference while attempting to build financial security for retirement.

As someone who strives to act with rationality, compassion, and honesty—principles central to my personal philosophy—I am deeply embarrassed and upset that I failed to filter out AI hallucinations. especially This contradicts everything I stand for professionally and personally.

I emphasize there was no intent to deceive the Court. My prior successful class action work demonstrates my understanding of proper legal standards. In *Knowles v. Positive Behavioral Supports Corp.*, the Court awarded attorney's fees with an extremely high multiplier based on the quality of my work. The two other class actions I am currently handling have not experienced similar issues. This case has been an anomaly directly tied to my use of AI tools , time constraints, personal health issues, and not fully following proper procedures. I do not offer this as an excuse.

**IV. CORRECTIVE ACTIONS TAKEN**

Since receiving the Court's Order, I have:

1. **Reviewed and Corrected All Citations**: I have now verified every case cited in the brief. The investigation reveals that "Reed v. ZipRecruiter, Inc." was the only completely hallucinated case. All other cited cases are real and valid. There seems to be a mismatch between the cases the court says I missed quoted and the brief.   Therefore I am methodically reviewing every quoted passage and will provide the Court with a complete accounting of the misquotes, including:
    - The actual language from each case that supports the legal proposition
    - Corrected citations with accurate quotations
2. **Implemented New Verification Protocols**: I have established a mandatory verification checklist for all court filings that includes:
    - Manual verification of every case citation directly from official reporters
    - Retrieval and review of the actual quoted language from primary sources
    - Prohibition on filing any document containing AI-generated legal citations without manual verification

4

- No reliance on AI tool validation, even from legal-specific platforms like Lexis or Westlaw's AI features
- Implementation of document versioning protocols with clear naming conventions

3. **Notified Client**: As ordered, I have served a copy of the Court's Order on my client and will file proof of service.

## V. PROPOSED REMEDIAL MEASURES

To demonstrate my commitment to restoring the Court's confidence and making amends for this failure:

**A. Voluntary Forfeiture of Attorney's Fees**

**I respectfully request the Court's permission to forfeit all attorney's fees in this matter and direct those funds to the class in lieu of Rule 11 Sanctions.** This voluntary forfeiture will result in a significant financial setback for my solo practice, but I believe it is the appropriate consequence for my failure. Money has never been my primary motivation in practicing law—making a difference has been—and this action aligns with my values while providing additional compensation to the class members.

**B. Additional Remedial Actions**

1. **Filing an Amended Motion**: With the Court's permission, I will file an amended motion with all citations properly verified and accurate. I will also submit a supplemental filing that:
   - Identifies each misquoted passage from the original motion
   - Provides the correct quotation from each case
   - Demonstrates that valid legal authority supports each proposition
   - Includes copies of the relevant pages from each cited case
2. **Submitting Certification**: I will certify under penalty of perjury that I have personally verified every citation in the amended motion.
3. **CLE Training**: I will complete at least 6 hours of CLE training on ethical use of AI in legal practice and proper legal research methods within 60 days.

## VI. REQUEST REGARDING SANCTIONS

While I acknowledge the seriousness of my conduct and submit to the Court's judgment, I respectfully request that the Court consider:

1. My voluntary offer to forfeit all attorney's fees to the class
2. This is my first such violation in 31 years of practice
3. The complete lack of intent to deceive
4. My immediate acknowledgment of full responsibility.
5. The corrective measures already implemented
6. My demonstrated track record of competent class action representation
7. That the underlying settlement remains meritorious and beneficial to the class

I respectfully submit that allowing me to direct my attorney's fees to the class serves the dual purpose of sanctioning my conduct while benefiting the class members.

## VII. THE SETTLEMENT REMAINS SOUND

Despite my inexcusable errors in citation, the underlying settlement remains fair, reasonable, and adequate for the class. The settlement terms were negotiated in good faith and provide substantial benefits to class members. My citation errors, while serious breaches of my professional duties, do not diminish the value of the settlement to the class.

## VIII. COMMITMENT TO THE COURT

I understand the gravity of citing non-existent authority and the burden this places on the Court's resources. What is most important to me—my family, friends, community, and country—all depend on maintaining a legal system built on truth and accuracy. I let that system down and this Court..

I commit to:

- Never again filing any document without personally verifying every legal citation
- Maintaining the highest standards of candor to the tribunal

- Accepting any conditions the Court deems appropriate
- Using this experience to become a better advocate and officer of the court

## IX. CONCLUSION

I am deeply sorry for my role in this matter. As a solo practitioner who has dedicated his career to fighting for justice, often against overwhelming odds, I understand that my credibility is my most valuable asset.

I respectfully request that the Court accept my offer to forfeit attorney's fees to the class and allow me to continue representing the class through final approval. I will ensure that this settlement—which provides real value to class members—is properly administered.

I request the opportunity to present this response and answer any questions at the November 19, 2025 hearing.

Respectfully submitted,

Dated: November 12, 2025

*James Dal Bon*

James Dal Bon

Attorney for Plaintiff

State Bar No. 157942