James Dal Bon (SBN CA 157942)
THE WISDOM LAW GROUP APC
1625 The Alameda #207
San Jose, CA  95126
Telephone: 408.915.3700
jdb@wagedefenders.net

Attorney for Plaintiff

TERRENCE BUCHANAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BUCHANAN, an individual, on behalf of himself, and on behalf of Putative Plaintiffs consisting of all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VUORI, INC., a Delaware Corporation; and DOES 1 through 100,<br><br>　　　　Defendant. | CASE NO. 5:23-CV-1121-NC<br><br>**DECLARATION OF JAMES DALBON IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**Re: ECF 90** |

1

**DECLARATION OF JAMES DAL BON**

I, James Dal Bon, declare under penalty of perjury:

1. I am the attorney of record for Plaintiff in this action and submit this declaration in support of my Response to Order to Show Cause.

2. I have been practicing law for 31 years, with substantial experience in class action litigation.

3. The errors identified by the Court were the result of my first extensive use of AI tools in complex motion practice combined with inadequate verification procedures, not any intent to mislead the Court. The AI tools used included ChatGPT-4, OpenAI, Claude and Claude Code, Clear Brief, Lexis Nexis, and Westlaw..

4. Upon thorough review, I have confirmed that "Reed v. ZipRecruiter, Inc." was the only hallucinated case in the brief. All other cited cases exist.  I am preparing a comprehensive correction of all misquoted passages.

5. I was aware that AI tools can generate false citations. The verification procedures I had in place did not work.  For that I apologize.

6. I have successfully prosecuted multiple class actions, including *Knowles v. Positive Behavioral Supports Corp.*, where the Court awarded attorney's fees with a high multiplier recognizing the quality of my work.

7. I voluntarily offer to forfeit all attorney's fees in this matter to be distributed to the class as a demonstration of my remorse and commitment to making amends in a way that benefits the class members..

8. I have implemented comprehensive verification protocols to ensure this never happens again, including mandatory manual verification of all citations regardless of their source.

9. The underlying settlement in this case remains fair, reasonable, and adequate for the class despite my citation errors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 12, 2025, at San Jose, California.

*James Dal Bon*

James Dal Bon