James Dal Bon (SBN CA 157942)

THE WISDOM LAW GROUP APC
1625 The Alameda #207
San Jose, CA  95126
Telephone: 408.915.3700
jdb@wagedefenders.net

Attorney for Plaintiff

TERRENCE BUCHANAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TERRENCE BUCHANAN, an individual, on behalf of himself, and on behalf of Putative Plaintiffs consisting of all persons similarly situated, | CASE NO. 5:23-CV-1121-NC |
| Plaintiff, | **SUPPLEMENTAL BRIEFING FOR ORDER TO SHOW CAUSE** |
| v. | |
| VUORI, INC., a Delaware Corporation; and DOES 1 through 100, | |
| Defendant. | |

AUTHENTICATING SUPPLEMENTAL BRIEFING AND EXHIBITS

I, James Dal Bon, hereby declare:

1. I am counsel of record for Plaintiff Terrence Buchanan in this matter. I make this declaration of my own personal knowledge and could competently testify to the matters stated herein if called as a witness.

2. Attached Supplemental Briefing.

   On November 15, 2025, I prepared and caused to be filed Plaintiff's Supplemental Briefing for Order to Show Cause, which accurately reflects my review of the authorities referenced therein and my responses to the Court's concerns.

3. Exhibit A — Case Verification Summary

   I also prepared the document labeled Exhibit A, which consists of a list of all cases cited in Plaintiff's motion, along with my verification of their authenticity. This document accurately reflects my determination that one case—Reed v. ZipRecruiter, Inc.—was a hallucinated citation, and that all remaining cases exist and were correctly identified. A true and correct copy of Exhibit A is attached here

4. Exhibit B — Analysis of Alleged Misquotes.

   I additionally prepared the document labeled Exhibit B, which addresses the Court's concerns regarding possible misquotes. Exhibit B contains a page-by-page analysis comparing the Court's observations with the underlying source materials. It accurately reflects that several quotations were correct, some required clarification, and that errors—where present—were inadvertent and not intended to mislead the Court. A true and correct copy of Exhibit B is attached here

5. Accuracy and Purpose.

   The Supplemental Briefing and Exhibits A and B were prepared by me personally, based on my review of the cases, filings, and academic materials referenced therein. They are true and correct representations

of that analysis and are submitted for the purpose of assisting the Court in evaluating the issues raised in the Order to Show Cause.

6. Verification.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: November 15, 2025 2025

At: San Jose, California

*James Dal Bon*

James Dal Bon

Attorney for Plaintiff