1  James Dal Bon (SBN CA 157942)

2  THE WISDOM LAW GROUP APC
3  1625 The Alameda #207
   San Jose, CA  95126
4  Telephone: 408.915.3700
   jdb@wagedefenders.net
5

6  Attorney for Plaintiff

7  TERRENCE BUCHANAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| TERRENCE BUCHANAN, an individual, on behalf of himself, and on behalf of Putative Plaintiffs consisting of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VUORI, INC., a Delaware Corporation; and DOES 1 through 100,<br><br>Defendant. | CASE NO. 5:23-CV-1121-NC<br><br>**EXHIBIT COVERSHEET  A  TABLE OF CASES** |
|---|---|

1

1. **Reed v. ZipRecruiter, Inc., 2021 WL 4453429 (C.D. Cal. July 19, 2021)**
   a. Complete hallucination
2. **Harrington v. Cracker Barrel Old Country Store, Inc., ___ F.4th ___, 2025 WL 4239655 (9th Cir. July 1, 2025)**
   a. Exists the proper citation is:
   b. Harrington v. Cracker Barrel Old Country Store, Inc., 142 F.4th 678, 2025 U.S. App. LEXIS 16147, 2025 LX 273130, 2025 WL 1803034
3. **Murillo v. Pac. Gas & Elec. Co., 266 F.R.D. 468 (E.D. Cal. 2010)**
   a. Exists the proper citation is
   b. Murillo v. Pac. Gas & Elec. Co., 266 F.R.D. 468, 2010 U.S. Dist. LEXIS 20240, 76 Fed. R. Serv. 3d (Callaghan) 111
4. **Harris v. Vector Mktg. Corp., 753 F. Supp. 2d 996 (N.D. Cal. 2010)**
   a. Exists the proper citation is:
   b. Harris v. Vector Mktg. Corp., 753 F. Supp. 2d 996, 2010 U.S. Dist. LEXIS 122126
5. **Kerzich v. Cty. of Tuolumne, 335 F. Supp. 3d 1179 (E.D. Cal. 2018)**
   a. This case exists
   b. Kerzich v. Cty. of Tuolumne, 335 F. Supp. 3d 1179, 2018 U.S. Dist. LEXIS 137550, 2018 WL 3923645
6. **In re Blue Cross Blue Shield Antitrust Litig. MDL 2406, 85 F.4th 1070 (11th Cir. 2023)**
   a. This case exists
   b. In re Blue Cross Blue Shield Antitrust Litig. MDL 2406, 85 F.4th 1070, 2023 U.S. App. LEXIS 28390, 116 Fed. R. Serv. 3d (Callaghan) 1866, 30 Fla. L. Weekly C 378, 2023 WL 7012247
7. **Safeway, Inc. v. Superior Court, 238 Cal. App. 4th 1138 (2015)**
   a. This case exists:
   b. Safeway, Inc. v. Superior Court, 238 Cal. App. 4th 1138, 190 Cal. Rptr. 3d 131, 2015 Cal. App. LEXIS 640, 25 Wage & Hour Cas. 2d (BNA) 1222
8. **Iskanian v. CLS Transportation Los Angeles, LLC, 59 Cal. 4th 348 (2014)**
   a. This case exists:
   b. Iskanian v. CLS Transportation Los Angeles, LLC, 59 Cal. 4th 348, 327 P.3d 129, 173 Cal. Rptr. 3d 289, 2014 Cal. LEXIS 4318, 22 Wage & Hour Cas. 2d (BNA) 1511, 199 L.R.R.M. 3772, 164 Lab. Cas. (CCH) P61,492, 2014 WL 2808963
9. **Resnick v. Frank (In re Online DVD-Rental Antitrust Litig.), 779 F.3d 934**
   a. This case exists:
   b. Resnick v. Frank (In re Online DVD-Rental Antitrust Litig.), 779 F.3d 934, 2015 U.S. App. LEXIS 3093, 2015-1 Trade Cas. (CCH) P79,083
10. **Grady v. RCM Techs., Inc., 671 F. Supp. 3d 1065 (C.D. Cal. 2023)**
    a. This case exists:
    b. Grady v. RCM Techs., Inc., 671 F. Supp. 3d 1065, 2023 U.S. Dist. LEXIS 84145, 115 Fed. R. Serv. 3d (Callaghan) 1272
11. **Roman v. Jan-Pro Franchising Int'l, Inc., 342 F.R.D. 274 (N.D. Cal. 2022)**
    a. This case exists
    b. Roman v. Jan-Pro Franchising Int'l, Inc., 342 F.R.D. 274, 2022 U.S. Dist. LEXIS 137190, 2022 WL 3046758
12. **Facciola v. Greenberg Traurig LLP, 281 F.R.D. 363**
    a. This case exists

      b. Facciola v. Greenberg Traurig LLP, 281 F.R.D. 363, 2012 U.S. Dist. LEXIS 37133, 2012 WL 1021071

13. **Moore v. Ulta Salon, Cosmetics & Fragrance, Inc., 311 F.R.D. 590**
    a. This case exists:
    b. Moore v. Ulta Salon, Cosmetics & Fragrance, Inc., 311 F.R.D. 590, 2015 U.S. Dist. LEXIS 159477, 166 Lab. Cas. (CCH) P36,400

14. **James v. Uber Techs. Inc., 338 F.R.D. 123**
    a. This case exists
    b. James v. Uber Techs. Inc., 338 F.R.D. 123, 2021 U.S. Dist. LEXIS 14642, 2021 WL 254303

15. **Campbell v. City of Los Angeles, 903 F.3d 1090 (9th Cir. 2018)**
    a. This case exists:
    b. Campbell v. City of Los Angeles, 903 F.3d 1090, 2018 U.S. App. LEXIS 25951, 169 Lab. Cas. (CCH) P36,652, 2018 WL 4354379

16. **Hanlon v. Chrysler Corp., 150 F.3d 1011**
    a. This case exists
    b. Hanlon v. Chrysler Corp., 150 F.3d 1011, 1998 U.S. App. LEXIS 16953, 40 Fed. R. Serv. 3d (Callaghan) 1310, 98 Cal. Daily Op. Service 5750, 98 Daily Journal DAR 8001

17. **Salinas v. Cornwell Quality Tools Co., 635 F. Supp. 3d 954 (C.D. Cal. 2022)**
    This case exists
    Salinas v. Cornwell Quality Tools Co., 635 F. Supp. 3d 954, 2022 U.S. Dist. LEXIS 203156

18. **Wal-Mart Stores, Inc. v. Dukes, 564 U.S. 338 (2011)**
    This case exists
    a. Wal-Mart Stores, Inc. v. Dukes, 564 U.S. 338, 131 S. Ct. 2541, 180 L. Ed. 2d 374, 2011 U.S. LEXIS 4567, 79 U.S.L.W. 4527, 112 Fair Empl. Prac. Cas. (BNA) 769, 161 Lab. Cas. (CCH) P35,919, 94 Empl. Prac. Dec. (CCH) P44,193, 79 Fed. R. Serv. 3d (Callaghan) 1460, 22 Fla. L. Weekly Fed. S 1167

19. **Ikonen v. Hartz Mountain Corp., 122 F.R.D. 258**
    a. This case exists:
    b. Ikonen v. Hartz Mountain Corp., 122 F.R.D. 258, 1988 U.S. Dist. LEXIS 10770

20. **Amchem Prods., Inc. v. Windsor, 521 U.S. 591 (1997)**
    a. This case exists:
    b. Amchem Prods. v. Windsor, 521 U.S. 591, 117 S. Ct. 2231, 138 L. Ed. 2d 689, 1997 U.S. LEXIS 4032, 65 U.S.L.W. 4635, 37 Fed. R. Serv. 3d (Callaghan) 1017, 97 Cal. Daily Op. Service 4894, 97 Daily Journal DAR 8025, 28 ELR 20173, 1997 Colo. J. C.A.R. 1314, 11 Fla. L. Weekly Fed. S 128

21. **In re Mexico Money Transfer Litig., 267 F.3d 743 (7th Cir. 2001)**
    a. This case exists:
    b. In re Mex. Money Transfer Litig., 267 F.3d 743, 2001 U.S. App. LEXIS 21479

22. **Bellinghausen v. Tractor Supply Co., 306 F.R.D. 245 (N.D. Cal. 2015)**
    a. This case exists
    b. Bellinghausen v. Tractor Supply Co., 306 F.R.D. 245, 2015 U.S. Dist. LEXIS 35266

23. **Pliego v. Los Arcos Mexican Rests., Inc., 313 F.R.D. 117**
    a. This case exists
    b. Pliego v. Los Arcos Mexican Rests., Inc., 313 F.R.D. 117, 2016 U.S. Dist. LEXIS 15051, 93 Fed. R. Serv. 3d (Callaghan) 1677

24. **Ellis v. Edward D. Jones & Co., L.P., 527 F. Supp. 2d 439**
    a. This case exists:
    b. Ellis v. Edward D. Jones & Co., L.P., 527 F. Supp. 2d 439, 2007 U.S. Dist. LEXIS 94664, 2007 WL 4426615

25. **Kuncl v. IBM, 660 F. Supp. 2d 1246**
    a. **This case exists**
    b. Kuncl v. IBM, 660 F. Supp. 2d 1246, 2009 U.S. Dist. LEXIS 87728, 74 Fed. R. Serv. 3d (Callaghan) 931
26. **Espenscheid v. DirectSat USA, LLC, 705 F.3d 770 (7th Cir. 2013)**
    a. This case exists
    b. Espenscheid v. DirectSat USA, LLC, 705 F.3d 770, 2013 U.S. App. LEXIS 2409, 163 Lab. Cas. (CCH) P36,097, 20 Wage & Hour Cas. 2d (BNA) 298, 84 Fed. R. Serv. 3d (Callaghan) 799
27. **Ledo v. Prado, Case No. 5:17-CV-02393-LHK (N.D. Cal .)**
28. **Knowles v. Positive Behavior Supports Corp., Case No. 4:20-cv-00335-PJH (N.D. Cal .)**
29. **Haralson v. U.S. Aviation Servs. Corp., 383 F. Supp. 3d 959 (N.D. Cal. 2019)**
    a. This case exists
    b. Haralson v. U.S. Aviation Servs. Corp., 383 F. Supp. 3d 959, 2019 U.S. Dist. LEXIS 101243, 103 Fed. R. Serv. 3d (Callaghan) 1217, 2019 WL 2413545
30. **Adoma v. Univ. of Phoenix, Inc., 913 F. Supp. 2d 964 (E.D. Cal. 2012)**
    a. This case exists
    b. Adoma v. Univ. of Phoenix, Inc., 913 F. Supp. 2d 964, 2012 U.S. Dist. LEXIS 181281, 2012 WL 6651141
31. **In re Bluetooth Headset Prods. Liab. Litig., 654 F.3d 935 (9th Cir. 2011)**
    a. **This case exists**
    b. Jones v. GN Netcom, Inc. (In re Bluetooth Headset Prods. Liab. Litig.), 654 F.3d 935, 2011 U.S. App. LEXIS 17224
32. **Nen Thio v. Genji, LLC, 14 F. Supp. 3d 1324 (N.D. Cal. 2014)**
    a. This case exists:
    b. Thio v. Genji, LLC, 14 F. Supp. 3d 1324, 2014 U.S. Dist. LEXIS 109978, 2014 WL 3884289
33. **Vizcaino v. Microsoft Corp., 290 F.3d 1043 (9th Cir. 2002)**
    a. This case exists:
    b. Vizcaino v. Microsoft Corp., 290 F.3d 1043, 2002 U.S. App. LEXIS 9188, 27 Employee Benefits Cas. (BNA) 2648, 2002 Cal. Daily Op. Service 4161, 2002 Daily Journal DAR 5321
34. **Amaral v. Cintas Corp. No. 2, 163 Cal. App. 4th 1157 (2008)**
    a. This case exists
    b. Amaral v. Cintas Corp. No. 2, 163 Cal. App. 4th 1157, 78 Cal. Rptr. 3d 572, 2008 Cal. App. LEXIS 864, 13 Wage & Hour Cas. 2d (BNA) 1359
35. **Hesse v. Sprint Corp., 598 F.3d 581 (9th Cir. 2010)**
    a. **This case exists**
    b. Hesse v. Sprint Corp., 598 F.3d 581, 2010 U.S. App. LEXIS 5017, 49 Comm. Reg. (P & F) 1049
36. **Koby v. ARS National Services, Inc., 846 F.3d 1071 (9th Cir. 2017)**
    a. **This case exists**
    b. Koby v. ARS Nat'l Servs., 846 F.3d 1071, 2017 U.S. App. LEXIS 1317, 96 Fed. R. Serv. 3d (Callaghan) 868, 2017 WL 359670
37. **Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC, 31 F.4th 651 (9th Cir. 2022)**
    a. **This case exists**
    b. https://cdn.ca9.uscourts.gov/datastore/opinions/2022/04/08/19-56514.pdf
    c. Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC, 31 F.4th 651, 2022 U.S. App. LEXIS 9455, 2022 WL 1053459

38. **Wang v. Chinese Daily News, 737 F.3d 538 (9th Cir. 2013)**
    a. **This case exists**
    b. https://cdn.ca9.uscourts.gov/datastore/opinions/2013/03/04/08-55483.pdf