James Dal Bon (SBN CA 157942)
THE WISDOM LAW GROUP APC
1625 The Alameda #207
San Jose, CA  95126
Telephone: 408.915.3700
jdb@wagedefenders.net

Attorney for Plaintiff

TERRENCE BUCHANAN



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRENCE BUCHANAN,<br><br>    Plaintiff,<br><br>    v.<br><br>VUORI, INC., a Delaware Corporation; and DOES 1 through 100,<br><br>    Defendant. | CASE NO. 5:23-CV-1121-NC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Terrence Buchanan and Defendant Vuori, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal of this action in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs. This stipulation is filed in accordance with the parties' confidential settlement agreement. The Court shall retain jurisdiction solely for the purpose of enforcing the terms of the parties' settlement agreement.

1  **Dated:** 1/7/26

2  **THE WISDOM LAW GROUP APC**

3

4  By: _____*James Dal Bon*_____

5  James Dal Bon (SBN CA 157942)
6  THE WISDOM LAW GROUP APC
   1625 The Alameda #207
7  San Jose, CA  95126
   *Counsel for Plaintiff Terrence Buchanan*
8

9
   **Dated. 1/7/26**
10

11
   **GREENBERG TRAURIG, LLP**
12

13
   By: __s/ *Lindsay Hutner*_____
14 Lindsay Hutner, Esq.
   101 Second Street, Suite 2200
15 San Francisco, California 94105
   Telephone: (415) 655-1312
16 *Counsel for Defendant Vuori, Inc.*

17

18

19

20
   I
21

22

23

24

25

26

27

28